CATHERINE McGEE, as Administratrix of the Estate of JOHN J. McGEE, Deceased, Appellant, *v.* THE BARBER ASPHALT PAVING COMPANY, Respondent.

*McGee* v. *Barber Asphalt Paving Co.*, 85 App. Div. 620, affirmed.
(Submitted October 5, 1905; decided October 24, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 14, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Henry A. Monfort* for appellant.

*Joseph N. Tuttle* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.

---

HENRY BRISTOW, as Administrator of the Estate of THOMAS DEVINE, Deceased, Respondent, *v.* THE NATIONAL WALL PAPER COMPANY, Appellant.

*Devine* v. *National Wall Paper Co.*, 95 App. Div. 194, affirmed.
(Argued October 6, 1905; decided October 24, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 10, 1904, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial.

*Louis Marshall* for appellant.

*James C. Cropsey, F. W. Catlin* and *Charles H. Kelby* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.